KEVIN WOODS, ADOC No. 222086
Name and Prisoner/Booking Number

A.S.P.C.- EYMAN /COOK UNIT; P.O. BOX 3200
Place of Confinement

COOK UNIT- 4-D-11 (UP); P.O. BOX 3200
Mailing Address

FLORENCE, ARIZONA 85132 - 3200
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

<table>
<tr><td></td><td>☒ FILED</td><td>☐ LODGED</td></tr>
</table>

**Oct 16 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

KEVIN WOODS                              ,
(Full Name of Plaintiff)

                    Plaintiff,

v.

(1)  CORIZON HEALTH          et al.    ,
(Full Name of Defendant)

(2)  CHARLES L. RYAN, (DIRECTOR), et al.    ,

(3)  LINDA OKAFOR (PROFESSIONAL/PERSONAL CAPACITY)    ,

(4)  C. HAWLEY, LPN (PROFESSIONAL/PERSONAL CAPACITY    ,

                    Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. ___CV-18-03321-PHX-SRB-JZB___

(To be supplied by the Clerk)

### CIVIL RIGHTS COMPLAINT
### BY A PRISONER

( JURY TRIAL DEMANDED )

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.   This Court has jurisdiction over this action pursuant to:
     ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
     ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
     ☐ Other: _____

2.   Institution/city where violation occurred: A.S.P.C./EYMAN - COOK UNIT; FLORENCE, ARIZONA 85132

**550/555**

## B.  DEFENDANTS

1.   Name of first Defendant: <u>CORIZON HEALTH</u> . The first Defendant is employed
as: <u>MEDICAL HEALTH CARE PROVIDERS (CONTRACT COMPANY )</u> at <u>ARIZONA DEPARTMENT OF CORRECTIONS /COOK UNIT</u> .
(Position and Title) (Institution)

2.   Name of second Defendant: <u>CHARLES L. RYAN</u> . The second Defendant is employed as:
as: <u>DIRECTOR OF ARIZONA DEPARTMENT OF CORRECTIONS</u> at <u>A.S, P.C.- EYMAN / CENTRAL ADMINISTRATION OFFICE</u> .
(Position and Title) (Institution)

3.   Name of third Defendant: <u>C. HAWLEY, LPN</u> . The third Defendant is employed
as: <u>OFFICE OF THE D.O.N /COMPLAINT ADJUSTER AND REVIEW</u> at <u>ARIZONA DEPARTMENT OF CORRECTIONS CORIZON HEALTH</u> .
(Position and Title) (Institution)

4.   Name of fourth Defendant: <u>LINDA OKAFOR</u> . The fourth Defendant is employed
as: <u>NURSE PRACTITIONER</u> at <u>ARIZONA DEPARTMENT OF CORRECTION /COOK UNIT MEDICAL</u>
(Position and Title) (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.   Have you filed any other lawsuits while you were a prisoner?          ☐ Yes          ☒ No

2.   If yes, how many lawsuits have you filed? _____ .  Describe the previous lawsuits:

    a.  First prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

    b.  Second prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

    c.  Third prior lawsuit:
       1.   Parties: _____ v. _____
       2.   Court and case number: _____
       3.   Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
      _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: RIGHT TO ADEQUATE EMERGENCY MEDICAL TREATMENT FOR SERIOUS INJURY UNPROVIDED/CONSTITUTING 14ᵗʰ AMENDMENT VIOLATION FOR DELIBERATE INDIFFERENCE.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☒ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON AUGUST 1, 2018, I WAS PLAYING BASKETBALL WHEN I WAS UNDERCUT WHILE AIRBORNE BY AN OPPOSING PLAYER. I FELL TO THE CEMENT FLOOR AND CRASHED DOWN OFF-BALANCE ONTO MY RIGHT ELBOW AREA ON MY RIGHT ARM WHICH HAD THE IMPACT OF ALL MY WEIGHT. AFTER RECEIVING THE PAINFUL AND TRAUMATIC INJURY, SHORTLY AFTERWARDS I WENT TO THE COOK UNIT MEDICAL FACILITY TO GET EXAMINED AND EMERGENCY TREATMENT. AT THAT TIME INITIALLY THE ON SITE MEDICAL ASSISTANT/PERSONELL DID NOT X-RAY MY ARM NOR HAVE TRANSPORTED TO THE HOSPITAL FOR TREATMENT OR X-RAYS OR AN EXTENSIVE EXAMINATION. I RECEIVED INSTEAD ONLY ICE AND TYLENOL TABLETS FOR THE PAIN, AND ADVISED TO SUBMIT A HEALTH NEEDS REQUEST (HNR) TO BE SEEN BY A NURSE AND EXAMINED BY THE MEDICAL NURSE PRACTIONER BECAUSE NO LICENSED PHYSICIAN IS EMPLOYED NOR ASSIGNED TO THE COOK UNIT MEDICAL FACILITY. ON AUGUST 2, 2018, I SUBMITTED THE HNR REQUESTING EMERGENCY TREATMENT. ONE DAY LATER ON AUGUST 3, 2018 I WAS EXAMINED BY A NURSE ON NURSE'S LINE OF SCHEDULED PATIENTS. I WAS NOT ALLOWED NOR TAKEN TO THE MEDICAL PROVIDER, HOSPITAL NOR TO GET ANY X-RAYS OF MY ARM AT THAT TIME. IN FACT, FROM 8-1-18 thru 8-3-18 I WAS ONLY PROVIDED A 7-DAY LOWER BUNK SPECIAL NEEDS ASSIGNMENT, MEDICAL ICE FOR SWELLING, AN ACE BANDAGE AND SCHEDULED TO SEE THE MEDICAL PROVIDER LINDA OKAFOR, NURSE PRACTIONER, ON DOCTOR'S LINE SCHEDULING. THE 8-08-18 SCHEDULED VISIT WAS CANCELLED/POSTPONED TO SEE MS. OKAFOR UNTIL THE RESCHEDULED DATE OF 08/14/18. ON 08/14/18'S VISIT TO COOK UNITS MEDICAL FACILITY, AGAIN I WAS RESCHEDULED AND REFUSED ADEQUATE EMERGENCY ATTENTION AND TREATMENT BUT RESCHEDULED FOR 08/20/18. AGAIN I SUBMITTED AN HNR ADVISING MEDICAL STAFF AND PERSONELL OF MY SEVERE PAIN AND SUFFERING AND NEED FOR EMERGENCY TREATMENT. ON 8/21/18 I WAS SEEN AGAIN BUT ONLY ON THE NURSE'S LINE, AND THEN TO THE MEDICAL PROVIDER BY ORDER OF CAPTAIN ROMNEY OF COOK UNIT. ON 8/23/18 I WAS TRANSPORTED TO MEADOWS UNIT FOR X-RAYS TO BE TAKEN. ON 8/27/18, LINDA OKAFOR REVIEWED THE X-RAYS AND ADVISED ME OF A MAJOR BREAK OF THE BONE, AND ADVISED I WOULD BE SCHEDULED TO SEE AN OUTSIDE CERTIFIED SPECIALIST IN 30 (THIRTY) DAYS. TODAY IS 10/08/18 AND I HAVE NOT BEEN TREATED.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I HAVE BEEN FORCED TO CARRY OUT MY DAILY ROUTINE WITH THE PAIN AND SUFFERING PROLONGED BY INSUFFICIENT OR INADEQUATE MEDICAL TREATMENT IN A EMERGENCY SITUATION; I HAVE BEEN FORCED TO CLIMB UP TO A TOP BUNK BED SLEEPING AREA 5 FT. OFF THE GROUND WITH ONE GOOD ARM AND THE BROKEN ARM CAUSING EXTREME SEVERE PAIN AND SUFFERING RISKS OF FALLING, LOSS OF ARM RANGE OF MOTION/MOVEMENTS. I'M EXPERIENCING EMOTIONAL STRESS, ANXIETY/DEPRESSION/CONFUSION AND ANGER DUE TO THIS DELIBERATE INDIFFERENCE OF MY MEDICAL NEEDS.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. ____N/A____

## COUNT II

1. State the constitutional or other federal civil right that was violated: EIGHTH AMENDMENT AGAINST CRUEL AND UNUSUAL PUNISHMENT FOR DEPRIVATION OF ADEQUATE AND/OR EMERGENCY MEDICAL CARE AND TREATMENT FOR SERIOUS INJURY.

2. **Count II.** Identify the issue involved. **Check only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON AUGUST 01, 2018, WHILE PLAYING BASKETBALL, I WAS KNOCKED OFF BALANCE OUT OF THE AIR AND FELL TO THE GROUND ON THE CEMENTED COURT BREAKING RIGHT ARM. UPON GOING FOR MEDICAL TREATMENT TO BE EXAMINED AND TREATED FOR MY INJURY I WAS NOT X-RAYED TO DETERMINE THE EXTENT AND SERIOUS OF MY INJURY, BUT ADVISED TO SUBMIT AN HNR (HEATH NEEDS REQUEST) TO BE SEEN BY THE MEDICAL PROVIDER, GIVEN ONLY ICE, TYLENOL, AN ACE BANDAGE AND LOWER BUNK SPECIAL NEEDS WAIVER FOR 7 SEVEN DAYS. AFTER ITS EXPIRATION I HAVE BEEN FORCED SINCE THE ACCIDENT TO CLIMB UP ONTO A FIVE FOOT TOP BUNK BED WITH ONLY ONE GOOD ARM AND THE RIGHT BROKEN ARM. SINCE I AM RIGHT HANDED THIS ORDEAL AND CARRYING OUT MY DAILY ROUTINE IT HAS BEEN A VERY AWKWARD AND PAINSTAKING ORDEAL. I WAS SEEN ON 8/2/18, BUT RECEIVED NO ADEQUATE OR EMERGENCY TREATMENT, EXAMS NOR TRANSPORTED TO SEE A LICENSED PHYSICIAN. AFTER SUBMITTING ANOTHER HNR I WAS AGAIN SEEN ON THE NURSE'S LINE OF SCHEDULED EXAMS. AT THAT TIME I WAS THEN SCHEDULED AN APPOINTMENT TO SEE THE COOK UNIT'S NURSE PRACTIONER, LINDA OKAFOR ON 08/08/18. ON 08/08/18 I WENT IN TO SEE LINDA OKAFOR/NURSE PRACTIONER BUT WAS TURNED AWAY FOR POST-PONEMENT OF THE SCHEDULED VISIT AND RESCHEDULED FOR AN 08/14/18 MEDICAL VISIT, AT WHICH TIME I WAS TURNED AWAY AGAIN AND RESCHEDULED UNTIL ON 08/20/18 WHEN I AGAIN HAD TO SUBMIT ANOTHER HNR REQUESTING TO SEE A DOCTOR FOR MY PAIN FROM THE SERIOUS ARM INJURY. ON 8/20/18 I WAS AGAIN SCHEDULED TO SEE LINDA OKAFOR, THE NURSE PRACTITIONER FOR AN EXAMINATION. HOWEVER, ON 8/21/18, DUE TO THE SEVERE PAIN I WAS EXPERIENCING AND NO MEDICAL TREATMENT. I CONTACTED PRISON OFFICIAL CAPT. ROMNEY AND EXPLAINED MY SITUATION AND CIRCUMSTANCES. AT THAT TIME CAPT. ROMNEY ESCORTED ME INTO THE COOK UNIT'S MEDICAL FACILITY AND ORDERED THAT I BE EXAMINED BY THE MEDICAL PROVIDER, LINDA OKKAFOR OKAFOR. AT THAT TIME THE PROVIDER EXAMINED MY RIGHT ARM, DID NOT ARRANGE TRANSFER FOR EMERGENCY TREATMENT, INSTEAD SCHEDULED FOR X-RAYS AT MEADOWS PRISON UNIT INSTEAD OF A HOSPITAL. ON 8/23/18 X-RAYS WERE TAKEN AT MEADOWS UNIT AND SENT TO LINDA OKAFOR. ON 8/27/18 LINDA OKAFOR CALLED ME IN AND ADVISED ME OF A SERIOUS IV BROKEN BONE AND SHE WOULD SCHEDULE A HOSPITAL VISIT FOR ME IN 30 DAYS. TODAY IS OCTOBER 8, 2018 AND I HAVE NOT BEEN EXAMINED OR TREATED AT THE HOSPITAL AND HAVE REMAINED HAVING TO CLIMB UP AND DOWN TO MY BUNK.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   SINCE MY INJURY ON 8/1/18 I HAVE BEEN FORCED TO GO IN PAIN WITHOUT EMERGENCY MEDICAL TREATMENT BY A LICENSED DOCTOR / CLIMB 5 FT. UP TO GET IN MY BED ON TOP OF A BUNK BED WITHOUT MY RIGHT ARM ON MEDICATION. I AM RIGHT HANDED AND NOW HAVE LOST MOBILITY AND FULL RANGE MOTION OF MY RIGHT ARM AND SHOULDER PAIN FROM THE REPORTED FALL. I HAVE NOT BEEN TRANSPORTED TO THE HOSPITAL FOR EXAMS OR TREATMENT AS OF TODAY'S DATE OF 10/08/18 AND I'M NOW FEELING ANXIETY / FRUSTRATION / ANGER AND DEPRESSION OR EMOTIONAL STRESS DUE TO THIS ORDEAL.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____ N/A _____

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____.

2.  **Count III.** Identify the issue involved.  Check **only one.**  State additional issues in separate counts.
    ☐ Basic necessities        ☐ Mail        ☐ Access to the court        ☐ Medical care
    ☐ Disciplinary proceedings        ☐ Property        ☐ Exercise of religion        ☐ Retaliation
    ☐ Excessive force by an officer        ☐ Threat to safety   ☐ Other: _____.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?        ☐ Yes      ☐ No
    b.  Did you submit a request for administrative relief on Count III?        ☐ Yes      ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?        ☐ Yes      ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

MONETARY AWARD OF $   50,600
PUNITIVE DAMAGES OF $   50,000
PAIN AND SUFFERING $   100,000
EMOTIONAL TRAUMA $   50,000
LOSS OF LIMB MOBILITY AND RANGE OF MOTION SHORT TERM OR PERMANENTLY $   50,000
FUTURE MEDICAL EXPENSES $   100,000
LOSS OF WAGES FROM SKILLED LABOR / EMPLOYMENT $   100,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___10 - 17 - 18___

DATE

SIGNATURE OF PLAINTIFF

Robert D. Vaughan (#150854/ LEGAL ASSISTANT, INMATE )
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

**Instructions for Prisoners Applying for Leave to Proceed In Forma Pauperis
Pursuant to 28 U.S.C. § 1915 in a Civil Action (Non-habeas) in Federal Court**

You must pay the $350.00 filing fee plus the $50.00 administrative fees for a civil action. If you later file an appeal, you will be obligated to pay the $505.00 filing fee for the appeal.

If you have enough money to pay the full $400.00 filing and administrative fees, you should send a cashier's check or money order payable to the Clerk of the Court with your complaint.

If you do not have enough money to pay the full $400.00 filing and administrative fees, you can file the action without prepaying the fees. However, the Court will assess an initial partial filing fee. The initial partial filing fee will be the greater of 20% of the average monthly deposits or 20% of the average monthly balance in your prison or jail account for the six months immediately preceding the filing of the lawsuit. The Court will order the agency that has custody of you to withdraw the initial partial filing fee from your prison or jail account as soon as funds are available and to forward the money to the Court.

After the initial partial filing fee has been paid, you will owe the balance of the $350.00 filing fee (you will not be required to pay the $50.00 administrative fee). Until the filing fee is paid in full, each month you will owe 20% of your preceding month's income. The agency that holds you in custody will collect that money and forward it to the Court any time the amount in your account exceeds $10.00. These installment fees are calculated on a per-case basis. This means that you will be required to pay 20% of your preceding month's income for **each** civil non-habeas corpus case in which you have an outstanding filing fee balance. For example, if you are making payments toward filing fee balances in two civil non-habeas corpus cases, 40% of your preceding month's income will be collected each month. The balance of the filing fee may be collected even if the action is later dismissed, summary judgment is granted against you, or you fail to prevail at trial.

To file an action without prepaying the filing fee, and to proceed with an action in forma pauperis, you must complete the attached form and return it to the Court with your complaint. You must have a prison or jail official complete the certificate on the bottom of the form and attach a certified copy of your prison or jail account statement for the last six months. If you were incarcerated in a different institution during any part of the past six months, you must attach a certificate and a certified copy of your account statement from each institution at which you were confined. If you submit an incomplete form or do not submit a prison or jail account statement with the form, your request to proceed in forma pauperis will be denied.

Even if some or all of the filing fee has been paid, the Court is required to dismiss your action if: (1) your allegation of poverty is untrue; (2) the action is frivolous or malicious; (3) your complaint does not state a claim upon which relief can be granted; or (4) your complaint makes a claim against a defendant for money damages and that defendant is immune from liability for money damages.

If you file more than three actions or appeals which are dismissed as frivolous or malicious or for failure to state a claim on which relief can be granted, you will be prohibited from filing any other action in forma pauperis unless you are in imminent danger of serious physical injury.

Revised 3/15/2016