KEVIN WOODS, ADOC No. 222086
Name and Prisoner/Booking Number

A.S.P.C.-EYMAN/COOK UNIT #4-D-11 (UPPER)
Place of Confinement

P.O. BOX 3200
Mailing Address

FLORENCE, ARIZONA 85132-3200
City, State, Zip Code

☒ FILED   ☐ LODGED

**Oct 16 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

KEVIN WOODS,
                    Plaintiff,
v.

CORIZON HEALTH         et al.,
                    Defendant(s).

CASE NO. CV-18-03321-PHX-SRB-JZB

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, Kevin D. Woods, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?  ☐Yes  ☒No   If "Yes," how many have you filed? N/A.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?  ☐Yes  ☒No   If "Yes," how many of them? N/A.

2. Are you currently employed at the institution where you are confined?  ☒Yes  ☐No
If "Yes," state the amount of your pay and where you work. PORTER/BLDGE (4-D); RATE OF PAY. HRLY. $15.00 Bi-weekly

3. Do you receive any other payments from the institution where you are confined?  ☐Yes  ☒No
If "Yes," state the source and amount of the payments. N/A

Revised 6/22/16

8

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes   ☒ No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____

I declare under penalty of perjury that the above information is true and correct.

___10-17-18___  
DATE

_____  
SIGNATURE OF APPLICANT

---

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, __Kevin D. Woods__, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
  (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
  (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

___10-17-18___  
DATE

_____  
SIGNATURE OF APPLICANT

---

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __M Anderson__, certify that as of the date applicant signed this application:
(Printed name of official)

| | |
|---|---|
| The applicant's trust account balance at this institution is: | $ 0.33 |
| The applicant's average monthly deposits during the prior six months is: | $ 52.67 |
| The applicant's average monthly balance during the prior six months is: | $ 6.89 |

The attached certified account statement accurately reflects the status of the applicant's account.

___10/16/18___   ___M Anderson___   ___CO III  1967___   ___Eyman___  
DATE   AUTHORIZED SIGNATURE   TITLE/ID NUMBER   INSTITUTION

Revised 6/22/16

2

9