KEVIN WOODS; ADOC NUMBER: 222086
Name and Prisoner/Booking Number

A.S.P.C.- EYMAN / COOK UNIT
Place of Confinement

P.O. BOX 3200
Mailing Address

FLORENCE, ARIZONA 85132-3200
City, State, Zip Code

☒ FILED    ☐ LODGED

**Oct 26 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

KEVIN WOODS,
         Plaintiff,
v.
CORIZON HEALTH et al.,
         Defendant(s).

CASE NO. CV-18-03321 (PHX-SRB-JZB)

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER
CIVIL (NON-HABEAS)

I, KEVIN WOODS, declare, in support of my request to proceed in the above entitled case without prepayment of fees under 28 U.S.C. § 1915, that I am unable to pay the fees for these proceedings or to give security therefor and that I believe I am entitled to relief.

In support of this application, I answer the following questions under penalty of perjury:

1. Have you ever before brought an action or appeal in a federal court while you were incarcerated or detained?   ☐Yes   ☒No   If "Yes," how many have you filed? _____.
Were any of the actions or appeals dismissed because they were frivolous, malicious, or failed to state a claim upon which relief may be granted?   ☐Yes   ☒No   If "Yes," how many of them? _____.

2. Are you currently employed at the institution where you are confined?   ☒Yes   ☐No
If "Yes," state the amount of your pay and where you work. $15.00 BI-WEEKLY (BUILDING PORTER)

3. Do you receive any other payments from the institution where you are confined?   ☐Yes   ☒No
If "Yes," state the source and amount of the payments. N/A

Revised 6/22/16

7

4.  Do you have any other sources of income, savings, or assets either inside or outside of the institution where you are confined?   ☐ Yes  ☒ No
    If "Yes," state the sources and amounts of the income, savings, or assets. _____
    _____N/A_____

I declare under penalty of perjury that the above information is true and correct.

10/25/18                         *Kevin W. Woods*
DATE                            SIGNATURE OF APPLICANT

---

## ACKNOWLEDGEMENT OF COLLECTION OF FILING FEES FROM TRUST ACCOUNT

I, __KEVIN WOODS__, acknowledge that upon granting this Application, the Court will order designated correctional officials at this institution, or any other correctional institution to which I am transferred, to withdraw money from my trust account for payment of the filing fee, as required by 28 U.S.C. § 1915(b).

The Court will require correctional officials to withdraw an initial partial payment equal to 20% of the greater of:
  (A) the average monthly deposits to my account for the six-month period preceding my filing of this action, or
  (B) the average monthly balance in my account for the six-month period preceding my filing of this action.

After the initial payment, if the amount in my account is at least $10.00, the Court will require correctional officials to withdraw from my account 20% of each month's income and forward it to the Court until the required filing fee is paid in full. I understand that I am required to pay the entire fee, *even if my case is dismissed by the Court before the fee is fully paid.*

I further understand that if I file more than one action, correctional officials will be ordered to withdraw 20% of each month's income, for each action, simultaneously. Accordingly, if I have filed two actions, correctional officials will withdraw 40% of my income each month; three actions will require 60% of my income each month, etc.

10/25/18                         *Kevin W. Woods*
DATE                            SIGNATURE OF APPLICANT

---

## CERTIFICATE OF CORRECTIONAL OFFICIAL
## AS TO STATUS OF APPLICANT'S TRUST ACCOUNT

I, __W. Anderson__, certify that as of the date applicant signed this application:
(Printed name of official)

The applicant's trust account balance at this institution is:          $ 0.33
The applicant's average monthly deposits during the prior six months is: $ 52.67
The applicant's average monthly balance during the prior six months is:  $ 6.89
The attached certified account statement accurately reflects the status of the applicant's account.

10/25/18    *W. Anderson*         COIII 19607        Lyman
DATE        AUTHORIZED SIGNATURE   TITLE/ID NUMBER   INSTITUTION

Revised 6/22/16                        2