Kevin D. Woods, #222086
A.S.P.C. - Eyman / Cook Unit
P.O. Box 3200
Florence, Arizona 85132

☒ FILED  ☐ LODGED

**Nov 14 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

In The United States District Court

For The District of Arizona

| | |
|---|---|
| Kevin D. Woods, Plaintiff, | Case No. CV-18-03321-PHX-SRB (JZB) |
| v. | Supporting Facts, Evidence and Exhibits/Attachments for Pro Se Civil Complaint |
| Corizon Health, et al., Defendants. | 42 U.S.C. § 1983 |

---

# EXHIBIT(S) 1 thru 8

1. C. Demery, ASPC-Eyman/Corizon; dated 10/18/18 (Inmate Grievance Response)
2. C. Hawsley, ADOC/Eyman; dated 09/10/18 (Inmate Informal Complaint Response)
3. C. Hawsley, ADOC/Eyman; dated 08/27/18 (Inmate Informal Complaint Response)
4. K. Woods, ADOC/Eyman Cook Unit; dated 08/20/18 (Health Needs Request - HNR)
5. L. Okafor, ASPC-Eyman Cook Unit; dated 08/27/18 (Evaluation Notification)
6. M. Beal, ASPC-Eyman Cook Unit; dated 08/03/18 (Medical Supplies/Special Eqpt.)
7. K. Woods, ASPC-Eyman Cook Unit; dated 08/02/18 (Health Needs Request - HNR)
8. Jane Doe-I, ASPC-Eyman Cook Unit; dated 08/01/18 (Medical Special Needs Order)

Respectfully Submitted this 14th day of November, 2018

By _____
Kevin D. Woods, #222086
Pro Se Plaintiff, Inmate

1

# CORIZON
## INMATE GRIEVANCE RESPONSE
( EXHIBIT NO. 1 )

| Inmate Name (Last, First M.I.): | Inmate Number: 222086 |
|---|---|
| Woods, Kevin | Grievance Number: A14-120-018 |

| INSTITUTION/ UNIT / HOUSING: |
|---|
| ASPC-EYMAN / COOK UNIT AREA \| BED: 4-CD \| D11U |

| From: | Location / Unit: |
|---|---|
| C. Demery, FHA | ASPC-Eyman/Corizon |

This is in response to your Inmate Grievance dated September 17, 2018 and received at Eyman Medical on October 2, 2018, in which are requesting to be sent to a hospital for evaluation and surgical treatment if needed for your broken arm. You state that you fractured your arm while playing basketball on August 1, and have suffered unnecessary pain and suffering. You state that due to the lack of medical treatment you have lost ability to use the arm and have a decreased range of motion. It is unknown as to why this Grievance has been delayed in being sent to this Office, however it is being responded to in a timely manner from date of receipt.

Investigation into the issue that you have raised included a review of your medical record which evidences that you were seen by a member of the nursing staff on August 1, 2018 for your complaint of pain in your right arm after a fall while you were playing basketball. You were given a special needs order for medical ice, and a lower bunk, and Ibuprofen. On August 21 you were seen by the Medical Provider at a follow up visit. You reported muscle atrophy in the bicep of the right arm, and painful range of motion. An exam was completed and Ibuprofen 600mg two times per day, and x-rays were ordered. You were instructed to continue range of motion with no resistance. You were seen again by the Medical Provider on August 27 for review of the x-rays which showed a radial head fracture. The Provider ordered that you receive Tramadol for your pain (which expired on September 25), labs, and submitted a request for you to be sent to an Orthopedist. Utilization Review considered the medical records and x-ray reports and recommended an alternative treatment plan as medical necessity for an Ortho consult was not demonstrated. Nondisplaced (Mason Type I) fractures involving the radial head or both the radial head and neck can generally be treated by a primary care physician once it has been determined that no mechanical block to elbow flexion exists as in your case. A sling may be used for comfort for 24 to 48 hours after initial injury, and ice should be applied during the first 24 hours. Range of motion exercises should be started as early as possible. Acetaminophen or nonsteroidal anti-inflammatory drugs (NSAIDs) are generally adequate for acute pain control; opioids are usually unnecessary. On October 1, the Provider ordered that you receive Tylenol #3 for your complaint of pain, and you were seen at a follow up visit on October 5. You showed normal flexion and extension of right elbow and had pain with supination and pronation of forearm. No swelling or bruising was noted, and hand grips were equal and strong. A follow up x-ray was ordered, and you were advised to continue with Ibuprofen for pain once the Tylenol #3 expired. You were educated to continue with range of motion exercises, and to make needs known via HNR. You will be notified of the x-ray results.

If you have any further concerns or issues that have not been addressed, please submit a HNR directly to your unit nursing staff for scheduling.

In accordance with current policy, this response is final, and constitutes exhaustion of all remedies within the Department.

This grievance is resolved.

| Staff Signature: | Date: |
|---|---|
| C. Demery, Facilities Health Administrator | 10-18-18 |

**ARIZONA DEPARTMENT OF CORRECTIONS**
**CORIZON HEALTH**
**INMATE INFORMAL COMPLAINT RESPONSE**
(EXHIBIT NO. 2)

| Inmate Name: Woods, Kevin | ADC # 222086 |
|---|---|

| Facility/Unit |
| Facility: ASPC- COOK UNIT Area \| Bed: 4-CD \| D11U |

| From : Office of the DON<br>Inmate Health Services | Location: ADOC/EYMAN |
|---|---|

This is in response to your Informal Complaint dated August 29, 2018, and received in this office on September 6, 2018 in which you are requesting immediate transfer to a hospital for appropriate treatment for your fractured arm. You report that you were involved in a basketball accident on 8/1 and suffered a fractured arm. You were seen by nursing on 8/1 and again on 8/3 but were only given medical ice, an ACE bandage, a lower bunk, and Ibuprofen for your pain. You had two Provider appointments but that they were both cancelled. You did not see the Medical Provider until 8/21 and an x-ray was taken on 8/23 showing a severe fracture of your right arm. You were not see by the Provider again until 8/27 and a request for you to be sent out for treatment was submitted. You state that you were told it would be 30 days until you are sent out for appropriate treatment of your fractured arm, and you are requesting immediate treatment, not treatment in 30 days.

Thank you for bringing this matter to our attention. Per review of your medical record you were assessed by a member of the nursing staff on 8/1 for right arm and hand pain after a basketball injury. You were assessed again on the Nurse Line on 8/3 and were referred to the Medical Provider for August 21. You were evaluated by the Medical Provider on August 21, 2018 for right arm swelling and pain after a basketball injury about 20 days prior. The Provider ordered Ibuprofen 600mg, one tablet two times daily and ordered x-rays. You met with the Medical Provider on August 27 to discuss the x-ray results (which showed a fracture of the right radial head), and the necessary treatment. The Medical Provider submitted a request for Ortho consultation for surgical treatment, and after approval by UR, you will be scheduled for the off-site Ortho consultation. The Medical Provider has ordered Tramadol 50mg, one two times daily for your pain management.

Please submit an HNR for medical needs directly to your unit nursing staff for scheduling.

End of response.

Linda ORAFor - First

| Staff Signature: C Hawley, LPN | Date 9/10/18 |
|---|---|

3

# ARIZONA DEPARTMENT OF CORRECTIONS
## CORIZON HEALTH
### INMATE INFORMAL COMPLAINT RESPONSE

(EXHIBIT NO. 3)

| Inmate Name: Woods, Kevin | ADC # 222086 |
|---|---|

| Facility/Unit  Facility: ASPC- COOK UNIT Area \| Bed: 4-CD \| D11U ||

| From : Office of the DON  Inmate Health Services | Location: ADOC/EYMAN |
|---|---|

This is in response to your Informal Complaint dated August 20, 2018, and received in this office on August 21, 2018 in which you are requesting to be seen by the Medical Provider. You state that on August 1, you suffered an arm injury while playing basketball. You were seen on the Nurse Line on that date and again on August 3, for your injury, and were referred to the Provider Line, however you have been rescheduled twice and still have not been able to see the Medical Provider. You state you have a lot of pain, and believe that you may have a broken arm or torn ligaments.

Thank you for bringing this matter to our attention. Per review of your medical record you were evaluated by the Medical Provider on August 21 for your complaint of right arm pain and swelling related to an injury earlier during the month. The Provider ordered Ibuprofen 600 MG Oral Tablet two times per day as needed for pain, and ordered x-rays of your arm and elbow. You are scheduled to be seen by the Provider to discuss the results of the x-rays.

Please submit an HNR for medical needs directly to your unit nursing staff for scheduling.

End of response.

| Staff Signature: C Hawley, LPN | Date 8/27/18 |
|---|---|

4

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR)

(EXHIBIT NO. 4)

Date: _____
Time: _____
Initials: _____

### SECTION I

| Inmate Name (Last, First M.I.) | ADC Number | Date |
|---|---|---|
| Woods, Kevin D | 222086 | 8-20-18 |

| Cell/Bed Number | Unit | P.O. Box | Institution/Facility |
|---|---|---|---|
| 4D-11 upper | Cook | 3200 | ASPC Eyman-Cook |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

### SECTION II

**AREA OF INTEREST** (Check only one block below): [X] Medical [ ] Dental [ ] FHA [ ] Pharmacy [ ] Mental Health [ ] Eyes [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

On 8-1-18 I recieved a Arm injury playing Basketball. I was seen by the Nurses Line on 8-3-18 and was placed on the Doctor's Line. I was scheduled on Doctor's Line on 8-8-18 as well as 8-14-18 and was rescheduled both times. I need to see a Doctor immediately my arm is either broken or I have torn ligaments or tendons and the pain is worser. I need to see a Doctor A.S.A.P.

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature: /s/ Kevin D Woods

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

### SECTION III

REFERRAL BY MEDICAL STAFF: [ ] Medical [ ] Dental [ ] Pharmacy [ ] FHA [ ] Mental Health [ ] Eyes [ ] Other

Comments: _Nurse Line_

Staff Signature Stamp: _____ Date: 8/20/18 Time: 10:15

### SECTION IV

**PLAN OF ACTION**

_Nurse Line_

Staff Signature Stamp: _____ Date: 8/20/18 Time: _____

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

5

1101-10ES
10/1/09

(EXHIBIT NO. 5)

## Notification of Diagnostic Results

Facility: ASPC-E COOK UNIT

Housing Area: 4-CD

Bed#: D11U

Patient Name: KEVIN D. WOODS            ADC#: 222086

Notification Date: 08/27/2018

This is to inform you that we have received the results of your diagnostic test performed on 08/23/2018.

☐ Based on evaluation, your results were within acceptable limits. No further action is needed.

☑ Based on evaluation, you will be scheduled for a follow-up appointment. If you are released before your next visit, please follow-up with your doctor or clinic.

**Additional Comments**

Okafor, Linda                                            08/27/2018

**Reviewing Practitioner**                              **Date**

WOOdS, K.  #V1VV080-4DIIQ

| | | |
|---|---|---|
| Encounter Date: 08/03/2018 | Time: 14:10:07 | Type: Nurse - Chart Note |
| Location: ASPC-E COOK UNIT [A14] | Staff: Beal, Melissa A, RN | |

Category*: Medical Supplies/Special Equipment
Type*: ACE WRAP

Count*: 0                                              Sequence Number: 01

Approximate Begin Date: 08/03/2018                     Approximate End Date: 08/06/2018

Refer to Staff: Okafor, Linda

Status: Active                                         As of Date: 08/03/2018   **Status History**

Specify Comments     (EXHIBIT NO. 6)

Two ace wraps to right arm.

**Prepare To Update**   **Prior Page**

Show Last Updated Information

Melissa Beal, RN, BSN

# ARIZONA DEPARTMENT OF CORRECTIONS
## Health Needs Request (HNR) (EXHIBIT NO. 7)

Date: _____
Time: _____
Initials: _____

## SECTION I

| Inmate Name/Nombre (Last, First M.I.) | ADC Number/Número de ADC | Date/Fecha |
|---|---|---|
| [illegible] | 272090 | 8-2-18 |

| Cell/Bed Number | Unit/Unidad | P.O. Box | Institution/Facility: ASPC |
|---|---|---|---|
| 4B-11 | [illegible] | 3200 | [illegible] |

You are required to be truthful. Failure to be cooperative and any abuse of the health care system or its staff could cause a delay in delivery of care to you and others, and may result in disciplinary action (Use this form to describe only one problem or issue at one time).

## SECTION II

**AREA OF INTEREST** (Check only one block below): [X] Medical/Médica  [ ] Dental  [ ] FHA  [ ] Pharmacy/Farmacia  [ ] Mental Health  [ ] Eyes/Ojos  [ ] Other

PLEASE PRINT! Describe your medical/dental treatment issue need in the space below. Be clear and specific. NO ADDED PAGES.

On 8-1-18 I was playing basketball and received a traumatic arm [illegible] injury I was knocked out of the air and landed hard on my arm I was seen the night of the incident and was given medical ice and [illegible]. I'm in extreme pain/I need medical attn. I need to see a doctor (immediately).

I understand that, per ARS 31-201.01, I will be charged a $4.00 Health Service fee (excluding exemptions granted by statute) for the visit that I am herein requesting. I further understand that by paying this fee I do not have the right to dictate treatment or who provides treatment.

Inmate's Signature/Firma del prisionero: [signature]

REMOVE THE GOLDENROD COPY AND PLACE THE REMAINDER IN THE HEALTH NEEDS REQUEST DROP BOX

## SECTION III

**REFERRAL BY MEDICAL STAFF**: [X] Medical/Médica  [ ] Dental  [ ] Pharmacy  [ ] FHA  [ ] Mental Health  [ ] Eyes  [ ] Other

Comments/Comentarios: Nurse line

Staff Signature Stamp: [signature]
Date/Fecha: 08/03/2018
Time/Hora: 1748

## SECTION IV

**PLAN OF ACTION/PLAN DE ACCION**

Seen on 8/3/18

Staff Signature Stamp: [signature]
Date/Fecha: 8/4/18
Time/Hora: 1501

Distribution: White - Health Unit, Canary, Pink & Goldenrod - Inmate

This document is a translation from original text written in English. This translation is unofficial and is not binding on this state or a political subdivision of this state.

8

1101-10ES
10/1/09

WOODS, Kevin #302086-8

(EXHIBIT NO. 8)

| CHSS028B | Other Action/Procedure/Referral | | Wednesday August 01, 2018 19:55:29 |
|---|---|---|---|
| Encounter Date: 08/01/2018 | Time: 19:20:00 | Type: Nurse - Sick Call - Unscheduled | |
| Location: ASPC-E COOK UNIT [A14] | Staff: ███████ | | |

Category*: Medical Supplies/Special Equipment
Type*: LOWER BUNK
Count*: 0
Approximate Begin Date: 08/01/2018
Refer to Staff: Unknown
A B C D E F G H I J K L M N O P Q R S T U V W X Y Z All Help
Status:

Sequence Number: 01
Approximate End Date: 08/08/2018

As of Date: [ ] **Status History**

**Specify Comments**                          Standard Phrases: [ ▼] **Append**

lower bunk for next 7 days

**Update** | **Prior Page**

Show Last Updated Information

(EXHIBIT NO. 8)

9