☒ FILED  ☐ LODGED

**Nov 16 2018**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

Kevin D. Woods #222086
Name and Prisoner/Booking Number

A.S.P.C-EYMAN/COOK unit
Place of Confinement

P.O. Box 3200
Mailing Address

Florence, AZ. 85132
City, State, Zip Code

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Kevin Woods,
   Plaintiff,
v.
Corizon Health et al.
   Defendant(s)

CASE NO. CV-18-03321-PHX-SRB (JZB)

NOTICE OF CHANGE OF ADDRESS

Please be advised of my new address:

NAME: Kevin D. Woods   No. #222086
ADDRESS: 18027 N. 7th DR.
PHX, AZ. 85023

Submitted this 14th day of November, 2018.

/s/ Kevin D. Woods
Signature

COPY of the foregoing mailed this _____ day of _____, 20____, to:

Name: _____
Address: _____