# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kevin D. Woods, | No. CV-18-03321-PHX-SRB (JZB) |
| Plaintiff, | |
| v. | **SCHEDULING ORDER** |
| Corizon Health, et al., | |
| Defendants. | |

Plaintiff, proceeding *pro se*, having filed a complaint pursuant to 42 U.S.C. § 1983, and Defendants having answered, the Court issues this Scheduling Order.

**IT IS ORDERED** that the parties must comply with the following deadlines and discovery orders:

1. <u>Deadline for Joining Parties and Amending Pleadings</u>

Motions to join parties or for leave to amend pleadings shall be filed by **July 10, 2019**.

2. <u>Depositions</u>

Defendants may take Plaintiff's deposition no later than **August 9, 2019**. The Court grants Defendants leave to depose Plaintiff pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure. The deposition may be conducted telephonically at Defendants' option.

Due to logistical issues, self-represented incarcerated parties may not take depositions without first obtaining the Court's permission, which will only be granted upon a showing of exceptional circumstances.

3. <u>Written Discovery</u>

a. All interrogatories, requests for production of documents, and requests for admissions shall be served no later than **September 9, 2019**. Responses to discovery must be served within the time provided by the Federal Rules of Civil Procedure unless the parties stipulate otherwise in writing.

b. Each party is limited to 25 interrogatories, including subparts, from each party to another party. Each party is limited to 15 requests for production, including subparts, from each party to another party. Each party is limited to 10 requests for admission, including subparts, from each party to another party.

4. <u>Discovery Disputes</u>

a. The parties shall not file motions concerning a discovery dispute without first seeking to resolve the matter through personal or telephonic consultation and sincere effort as required by Rule 37(a) of the Federal Rules of Civil Procedure and Rule 7.2(j) of the Local Rules of Civil Procedure. The moving party's motion must include a statement certifying that, after in-person or telephonic consultation, and sincere efforts to do so, the parties have been unable to resolve the discovery dispute. LRCiv 7.2(j).

b. All motions regarding discovery must be filed no later than **October 8, 2019**.

5. <u>Deadline for Filing Dispositive Motions</u>

a. Dispositive motions shall be filed no later than **December 9, 2019**. Such motions must fully comply with the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure.

b. If Defendants file a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure based on Plaintiff's failure to exhaust prison administrative remedies as required by 42 U.S.C. § 1997e(a) and the Court denies that

motion, Defendants may file a second motion for summary judgment without requesting permission from the Court. Otherwise, no party may file more than one motion for summary judgment under Rule 56 unless permission is first obtained from the Court.

   c. Failure to respond to a motion within the time periods provided in LRCiv 7.2 or in an Order issued by the Court may be deemed consent to the denial or granting of the motion and the Court may dispose of the motion summarily pursuant to LRCiv 7.2(i).

  6. <u>Notice of Readiness for Deadline for Proposed Pretrial Order</u>

Within 10 days of the Court ruling on the dispositive motions, or if no motions are filed, within 10 days after the expiration of the dispositive motion deadline, Defendant shall notify the Court that the parties are ready for the Court to set a deadline for them to file a joint proposed joint pretrial order. The assigned District Judge will then issue an appropriate order.

  7. <u>The Deadlines Are Firm</u>

The parties are advised that the Court will enforce the deadlines set forth in this Order; the parties should plan their litigation activities accordingly.

Dated this 16th day of April, 2019.

            Honorable John Z. Boyle
            United States Magistrate Judge