# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
**United States Marshals Service**

See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Kevin D. Woods | COURT CASE NUMBER: CV 18-03321-PHX-SRB(JZB) |
| DEFENDANT: Linda Okafor (Corizon Nurse Practitioner) | TYPE OF PROCESS: Summons/Amend Cmp/Order |

**SERVE**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Linda Okafor (Corizon Nurse Practitioner)

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
**AT** Arizona Department of Corrections Eyman-Cook Unit

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Kevin D. Woods
18027 N. 7th Dr
PHX, AZ 85023

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Linda Okafor
c/o Arizona Department of Corrections
ASPC Eyman-Cook Unit
P.O. Box 3200
Florence, AZ 85132

✓ FILED   RECEIVED
MAY 01 2019
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
Kevin D. Woods
DATE: 1-12-19

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt... | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 2 of 2 | No. 08 | No. 08 | | 1/29/19 |

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Address (complete only if different than shown above):

Date of Service: 04/29/19   Time: 8:00 am
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $130.00 | 77.72 | | 207.72 | | |

REMARKS: Subject no longer employed at ASPC Eyman. No follow on address available.

PRIOR EDITIONS MAY BE USED   1. CLERK OF THE COURT   FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Arizona

| | |
|---|---|
| Kevin D Woods<br>*Plaintiff(s)*<br>v.<br>Corizon Health, et al<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  CV-18-03321-PHX-SRB(JZB)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Linda Okafor - Nurse Practitioner
c/o Arizona Department of Corrections
ASPC Eyman - Cook Unit
P.O. Box 3200
Florence, AZ 85132

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Kevin D Woods
18027 N 7th Dr.
Phoenix, AZ 85023

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Rebecca E. Jarboe*
CLERK OF COURT

Date:  01/25/2019

*for*
BRIAN D. KARTH, Clerk/DCE
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CV-18-03321-PHX-SRB(JZB)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Linda Okafor
was received by me on *(date)* 04/26/19.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because Subject no longer works @ ; or
ASPC Eyman.

☐ Other *(specify):*

My fees are $ 77.72 for travel and $ 130 for services, for a total of $ 207.72
0.00

I declare under penalty of perjury that this information is true.

Date: 04/29/19

Server's signature

Dusm J. Robertson
Printed name and title

401 W. Washington St.
Phoenix, AZ 85001
Server's address

Additional information regarding attempted service, etc:

No forwarding or other address available for subject.